The People of the State of New York,
against
Justo Garcia, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Myrna Socorro, J.), rendered November 13, 2018, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Myrna Socorro, J.), rendered November 13, 2018, affirmed.
The record as a whole establishes that the plea was knowing, intelligent and voluntary. In full satisfaction of an accusatory instrument charging him with criminal possession of a controlled substance in the seventh degree (see Penal Law § 220.03), a class A misdemeanor, defendant pleaded guilty to disorderly conduct (see Penal Law § 240.20), a violation. Defendant confirmed that he had the opportunity to discuss the plea with his attorney, and that he understood that he was giving up the right to a trial, to remain silent and to confront witnesses (see People v Conceicao, 26 NY3d 375, 383 [2015]). Nothing in the record suggests that defendant's ability to make a voluntary decision to plead guilty was impaired in any way by his use (or possible use) of any "substances," and the court was able to view his demeanor and assess his capacity to plead guilty (see People v Alexander, 97 NY2d 482, 486 [2002]. 
In any event, the only relief defendant requests is dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant dismissal. Since dismissal is not warranted, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]).
 THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT. 
I concur I concur
Decision Date: October 22, 2019